*Docketing*

## 17.13 Orders, Judgments, and Written Opinions in Social Security Appeal Cases

Beginning on December 1, 2007, PACER users will be allowed remote access to judgments, opinions, and orders that have been marked as written opinions (for purposes of complying with the E-Government Act) in Social Security appeal cases.  R&Rs that have been adopted by orders marked as written opinions also will be available to PACER users.

The CM/ECF software was modified so that after the conversion script is run (see Section 17.13.1), the **doc** DPF checks non-orders to see if the *RestrictNOS* **site** table entry contains the nature of suit for the case being docketed, and if it does, the *RestrictNOSLevel* restriction is added to the document. The restriction is no longer added at the case level when a Social Security appeal case is opened. Instead, when events are docketed, the restriction is added to documents (**dm_restrict_view = 4**) that are not orders.  These changes address **MR 1380**.

### 17.13.1 Configuration

The **district_3.1_social_security_cases_restrictions.pl** conversion script sets the **dm_restrict_view** value to **4** for all documents filed prior to 12/1/2007 in Social Security cases.  This restriction limits document access to case participants and public terminals.  Documents filed after 12/1/2007 in Social Security cases will be restricted only if they are <u>not</u> judgments, orders, or opinions.

> **IMPORTANT**
>
> Courts that go live on Release 3.1 prior to 12/1/2007 must run the district_3.1_social_security_cases_restrictions.pl conversion script *on 12/1/2007*.
>
> Courts that go live on Release 3.1 on or after 12/1/2007 must run the district_3.1_social_security_cases_restrictions.pl conversion script *at the time the Release 3.1 software is installed* on the courts' live databases.

To run the **district_3.1_social_security_cases_restrictions.pl**:

1   change to the /opt/DCECF/live/server/sql/dbupgrade.v3.1 directory.

2   As the root user, or by using "sudo", run
      `./district_3.1_social_security_cases_restrictions.pl`
    without any parameters.

3   The output should look something like this:
```
Sun Dec 2 15:17:30 2007 Disable application logins
Sun Dec 2 15:17:30 2007 Connecting to dc_dev_db.
Sun Dec 2 15:17:30 2007 Restarting OutServ with process id 26086
Sun Dec 2 15:17:30 2007 Restarting OutServ with process id 26088
Sun Dec 2 15:17:30 2007 All OutServ processes bounced.
Sun Dec 2 15:17:31 2007 No users are active.
Sun Dec 2 15:17:31 2007 Check that today is 2007-12-01 or later.
Sun Dec 2 15:17:31 2007 Convert existing social security case document restrictions
Sun Dec 2 15:17:31 2007 Getting a list of documents to be updated
Sun Dec 2 15:17:31 2007 Updating 472 documents
Sun Dec 2 15:17:34 2007 Updating case level restrictions
Sun Dec 2 15:17:39 2007 Remove restrictions from opinions filed after 12/01/2007.
Sun Dec 2 15:17:40 2007 Remove restrictions from orders filed after 12/01/2007.
Sun Dec 2 15:17:40 2007 Remove old triggers and procedures that updated the restrict view
Sun Dec 2 15:17:40 2007 Getting the names of the tables.
Sun Dec 2 15:17:41 2007 Recreated trigger insert_u_case.
Sun Dec 2 15:17:42 2007 Recreated trigger insert_js56.
Sun Dec 2 15:17:42 2007 Finished successfully.

Log saved as
/opt/DCECF/live/server/sql/dbupgrade.v3.1/logs/district_3.1_social_security_cases_restricti
ons.1202151730
```