## CHECKLIST FOR E-FILINGS

**WORD DOCUMENT (before you save your word document to PDF format)**

- ☐ 1) There is an "s/ (typed attorney's name) with the attorney's name typed on the signature line

- ☐ 2) If filing a "joint" pleading and you are signing on behalf of another attorney, it must state "w/ permission" on the signature line for that attorney

- ☐ 3) If you are filing a motion, a separate "proposed order" must be prepared and added as an attachment. NOTE- the proposed order should NOT have a signature block for the Judge

**PDF DOCUMENTS**

- ☐ 1) If the main document is created with a word application, **it must be converted** to PDF format using conversion software instead of printed/scanned to PDF format

- ☐ 2) If document contains hyperlink from citation, cross-document or document filed within document, you **must publish to PDF**. (Refer to Version 3.1 Release Notes) **NOTE:** Creating hyperlinks within documents filed in our Court is limited to case law and other CM/ECF documents **ONLY.  Linking to outside web sites is strictly prohibited.**

- ☐ 3) The main pleading is a separate PDF document from any attachments. Any memorandum, exhibit or proposed order must be saved as its own individual PDF to be filed as an attachment to the main document

- ☐ 4) Verify that there are no missing pages. All pages are in order and right side up (including any and all attachments)

- ☐ 5) Verify that ALL PAGES are legible (the main document as well as any and all attachments)

- ☐ 6) Verify the file size of any PDF you intend to upload has not exceeded the maximum file size of 75.0MB. If you find a PDF has a file size in excess of 75.0MB, the PDF must be broken down into individual parts.

**ELECTRONICALLY FILING THE PLEADING**

- ☐ 1) The attorney's name on the s/ signature line MUST match the name of the attorney logged into ECF

- ☐ 2) Ensure that you are filing in the correct case (check the case number/caption at the top of the screen)

- ☐ 3) Choose the most accurate event (*e.g.*: filing a response to a motion, choose the event "response to motion", not the event "response")

- ☐ 4) If your motion requests multiple reliefs, you MUST select each relief when filing the motion.

- ☐ 5) **Verify every PDF document by opening it up and viewing it in its entirety at the "Browse" screen prior to uploading into ECF**

- ☐ 6) All attachments must be filed individually and separately from one another (this includes a proposed order)

- ☐ 7) All attachments must be appropriately described in a clear and concise matter (you may NOT simply name attachments: Exhibit A or Exhibit B." An appropriate description is "Exhibit A- Affidavit of John Doe"

- ☐ 8) When filing a "motion for leave to file a document," the subject document is to be filed as an electronic attachment to the motion, NOT as a separate entry

- ☐ 9) If given the opportunity to create a link to an existing entry, do so when appropriate

- ☐ 10) Use the optional text box, when given the opportunity to further describe your pleading. Rule of thumb: the docket text should accurately reflect the title of the pleading being filed

- ☐ 11) If using the optional text box, make certain that the information added should not be it's own separate entry

- ☐ 12) If filing a "response to motion" and a "motion" together in the same pleading, the entry will have to be filed twice. File once as the "response to motion" and the second time as a "motion." This applies to answers, responses to motions and replies to responses to motions